No. 76–1114. CALIFORNIA ET AL. *v.* SOUTHLAND ROYALTY CO. ET AL.;

No. 76–1133. EL PASO NATURAL GAS CO. *v.* SOUTHLAND ROYALTY CO. ET AL.; and

No. 76–1587. FEDERAL ENERGY REGULATORY COMMISSION *v.* SOUTHLAND ROYALTY CO. ET AL., 436 U. S. 519. Motion of Natural Gas Producing Industry Assns. et al., for leave to file a brief as *amici curiae* granted. Motion of respondents not to recuse MR. JUSTICE STEWART and MR. JUSTICE POWELL denied. Motion of Crane County Development Co. for leave to file petition for rehearing denied. Petition for rehearing denied. MR. JUSTICE STEWART and MR. JUSTICE POWELL took no part in the consideration or decision of these motions and petition.

No. 76–1484. ZURCHER, CHIEF OF POLICE OF PALO ALTO, ET. AL. *v.* STANFORD DAILY ET AL.; and

No. 76–1600. BERGNA, DISTRICT ATTORNEY OF SANTA CLARA COUNTY, ET AL. *v.* STANFORD DAILY ET AL., 436 U. S. 547. Motions of American Civil Liberties Union et al. and Reporters Committee for Freedom of the Press et al. for leave to file briefs as *amici curiae* granted. Petition for rehearing denied. MR. JUSTICE BRENNAN took no part in the consideration or decision of these motions and petition.

No. 77–89. LUCOM *v.* REID ET AL., 434 U. S. 857. Motion for leave to file petition for rehearing denied.

No. 77–454. MOORMAN MANUFACTURING CO. *v.* BAIR, DIRECTOR OF REVENUE OF IOWA, 437 U. S. 267. Motions of Financial Executives Institute, Committee on State Taxation of the Council of State Chambers of Commerce, and Motor Vehicle Manufacturers Association of the United States, Inc., for leave to file briefs as *amici curiae* granted. Petition for rehearing denied.